Cause No. W1155238-W
82,173-02

To whom it may concern,

I Gregory McAllister 1899662, am not an attorney of any kind, but I do have additional questions that if you would be so kind to answer for me. if the ruling is in my favor. Can or will I be:

① Granted a new trial?

② Reinstated on My Probation?

③ Able to sit-in at the hearing?

④ Can I put in a motion for a Speedy Trial?

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

To whom it may concern,

My name is Gregory W. McAllister 1899662, a texas inmate currently incarcerated at the Hutchis State Jail in Dallas Tx 75241. In the month of May 2014, I filed a writ of Habeaus Corpus in reguards to ineffectiveness from counseling. The judge issued an order for designating issues a month after I filed my Habeaus Corpus in June 2014, from the month of June until December 2014 I didn't receive any additional information in reguards to my claim. I wrote the District Clerk and the judge numerous amounts of times within those 6 months. It was not until I wrote the attorney who was assigned to prepare findings of facts, and conclusions of law for the court did I recieve information in reguards to my case. In the month of December 2014, I was informed that my writ was finally sent to Austin. In January 2015 I received an "order" in reguards to my writ, stating that my case would be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. My 90 days has expired and I'm really unsure of what that order is saying cause I'm not an attorney, but if there is any additional information that has come about in reguards to my case, can you please forward it to me at your earliest convience.

Sincerly Yours
Gregory W. McAllister